IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEHICLE IP, LLC, | ) Civil Action No. 10-503-SLR |
| Plaintiff, | ) |
| v. | ) |
| WAL-MART STORES, INC., WAL-MART TRANSPORTATION, LLC, and WERNER ENTERPRISES, INC., | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Vehicle IP, LLC, and Defendants, Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the terms of the Settlement Agreement entered into by the parties and the approval of the Court, hereby dismiss all claims and counterclaims between them in this action WITH PREJUDICE. Each party shall bear its own costs, expenses and attorneys fees.

Respectfully Submitted,

FISH & RICHARDSON P.C.

By: /s/ Thomas L. Halkowski
Thomas L. Halkowski (#4099)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1144
Telephone: (302) 778-8401
Email: halkowski@fr.com

10

Michael J. Kane
William R. Woodford
Jason M. Zucchi
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Email: mkane@fr.com
woodford@fr.com
zucchi@fr.com

*Attorneys for Plaintiff*
*VEHICLE IP, LLC*


FOX ROTHSCHILD LLP


By: /s/ *Gregory B. Williams*

Gregory B. Williams
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899-2323
Telephone: (302) 622-4211
E-mail: gwilliams@foxrothschild.com

Of Counsel:
David A. Roodman (*admitted pro hac vice*)
Robert G. Lancaster (*admitted pro hac vice*)
Emma C. Harty (*admitted pro hac vice*)
BRYAN CAVE LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
E-mail: daroodman@bryancave.com
rlancaster@bryancave.com
emma.harty@bryancave.com

*Attorneys for Defendants Wal-Mart Stores, Inc. and Wal-Mart Transportation, LLC*

SO ORDERED on this _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE