IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VEHICLE IP, LLC, | ) | **REDACTED** |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 10-503-SLR |
| WERNER ENTERPRISES, INC., | ) | |
| Defendant. | ) | |

**VERDICT SHEET**

We, the jury, unanimously find as follows:

**INFRINGEMENT**

**QUESTION 1:** Has Plaintiff proven, by a preponderance of the evidence, that any of the following claims of the '322 Patent are infringed by Defendant's system of determining distance and tax for one or more of its vehicles that include the MCP200 positioning system?

Claim 7:  YES_____ (finding for Plaintiff)  NO___✓____ (finding for Defendant)

Claim 51: YES_____ (finding for Plaintiff)  NO___✓____ (finding for Defendant)

**QUESTION 2:** Has Plaintiff proven, by a preponderance of the evidence, that any of the following claims of the '322 Patent are infringed by Defendant's system of determining distance and tax for one or more of its vehicles that include the OmniTRACS positioning system?

Claim 7:  YES_____ (finding for Plaintiff)  NO___✓____ (finding for Defendant)

Claim 51: YES_____ (finding for Plaintiff)  NO___✓____ (finding for Defendant)

## INVALIDITY – ENABLEMENT

**QUESTION 3:** Do you find that Defendant has proven, by clear and convincing evidence, that any of the following claims of the '322 Patent are invalid due to lack of enablement?

Claim 7: YES_____ (finding for Defendant) NO____✓____ (finding for Plaintiff)

Claim 51: YES_____ (finding for Defendant) NO____✓____ (finding for Plaintiff)