IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

VEHICLE IP, LLC,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )  Civ. No. 10-503-SLR
                                          )
WERNER ENTERPRISES, INC.,                 )
                                          )
            Defendant.                    )

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)

For reasons stated in the court's memorandum opinion and order of September 9, 2013 and the jury verdict of October 1, 2013;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Werner Enterprises, Inc. and against plaintiff Vehicle IP, LLC as to infringement of the '322 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiff Vehicle IP, LLC and against defendant Werner Enterprises, Inc. as to validity of the '322 patent.

_____
United States District Judge

Dated: 12|19|2013

_____
(By) Deputy Clerk